JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELL SPORTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NUTCASE, INC., <br><br> Defendant. | No.: CV 20-8082-GW-MAAx <br><br> **ORDER RE DISMISSAL WITH PREJUDICE WITH RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

Having considered the parties' Stipulation, and Good Cause appearing, IT IS HEREBY ORDERED:

1. This Court shall retain jurisdiction for the purpose of resolving any disputes with respect to enforcement of the parties' settlement agreement; and

2. This action is dismissed with prejudice with each side bearing its own costs and attorneys' fees.

Dated: January 7, 2021

*/s/ George H. Wu*
Hon. George H. Wu
United States District Judge